[S. F. No. 14913. In Bank.—May 22, 1933.]

THE PEOPLE ex rel. JOHN O'GARA, Plaintiffs, v. THE SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO et al., Defendants.

John O'Gara, Relator, for Plaintiffs.

No appearance for Defendants.

THE COURT.— The application for an alternative writ of mandate is denied on the ground that John O'Gara,

the purported relator herein, is, in the opinion of the court, without capacity to commence this proceeding on behalf of the People of the state of California, without the consent of the attorney-general, and that this present proceeding must, therefore, fail for want of a proper party plaintiff.